UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORNING OPTICAL COMMUNICATIONS WIRELESS LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>SOLID, INC., et al.,<br><br>  Defendants. | Case No. 5:14-cv-03750-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 85)** |

Based on the parties' joint case management statement and the case management conference on October 14, 2014,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case with the following exceptions:

- Each side may take a total of 10 fact depositions per side, limited to 7 hours per individual deposition.

- Only 4 named inventor depositions per side will count toward the 10 deposition limit.

- Each side may take up to 14 hours of 30(b)(6) deposition testimony, irrespective of the number of topics or witnesses designated.

- Each side may take up to 7 hours of deposition testimony of each expert identified by an adverse party for each report provided. If any party identifies a single expert

---

[1] *See* Docket No. 86.

1

Case No. 5:14-cv-03750-PSG
CASE SCHEDULING ORDER

to provide a report related to both infringement and validity, the limit shall be expanded to 14 hours.

- Each side may serve up to 25 requests for production in addition to those already served in the case.
- Each side may serve up to 50 requests for admission, except for requests for admission directed solely to authenticating documents.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 120 days after entry of this order.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| Event | Date |
|---|---|
| Plaintiff's Initial Disclosure of Asserted Claims/Preliminary Infringement Contentions & Document Production | October 21, 2014 |
| Defendant's Preliminary Invalidity Contentions & Document Production | December 5, 2014 |
| Exchange Proposed Terms & Claim Elements for Construction | December 19, 2014 |
| Exchange Preliminary Claim Constructions | January 9, 2015 |
| Joint Claim Construction & Prehearing Statement | February 3, 2015 |
| Exchange Expert Declarations on Claim Construction | February 3, 2015 |
| Claim Construction Discovery Cut-Off | March 5, 2015 |
| Opening Claim Construction Brief | March 20, 2015 |
| Opposition Claim Construction Brief | April 3, 2015 |
| Reply Claim Construction Brief | April 10, 2015 |
| *Markman* Hearing | April 22, 2015 |
| Last Day to Serve Final Infringement Contentions and Motion for Leave to Amend | May 22, 2015 |
| Designation of Opening Experts with Reports | May 22, 2015 |
| Designation of Rebuttal Experts with Reports | June 12, 2015 |
| Last Day to Disclose Advice of Counsel | June 12, 2015 |
| Last Day to Serve Final Invalidity Contentions and Motion for Leave to Amend | June 26, 2015 |
| Expert Discovery Cutoff | July 3, 2015 |

2
Case No. 5:14-cv-03750-PSG
CASE SCHEDULING ORDER

| | |
|---|---|
| Last Day for Dispositive Motions | July 28, 2015 |
| Dispositive Motions Hearing | September 1, 2015 |
| Pre-Trial Conference | September 22, 2015 |
| Jury Trial | October 5, 2015 |

**SO ORDERED.**

Dated: October 30, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge