UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CORNING OPTICAL COMMUNICATIONS WIRELESS, LTD., | ) ) ) ) ) ) ) ) ) ) | Case No. 5:14-cv-03750-PSG<br><br>**CLAIM CONSTRUCTION ORDER** |
|---|---|---|
| Plaintiff, | | |
| v. | | |
| SOLID INC., et al., | | |
| Defendants. | | |

Plaintiff Corning Optical Communications Wireless, Ltd. claims Defendants SOLid Inc. and Reach Holdings LLC infringe United States Patent Nos. 5,969,837 and 7,438,504. Consistent with Pat. L.R. 4-3(c), the parties seek construction of various claim terms.[1] The parties appeared for a hearing on the matters at hand earlier today. To avoid unnecessary delay, the court proceeds to issue its constructions without its full reasoning and analysis:

| PATENT NO. | CLAIM TERM/PHRASE | CONSTRUCTION |
|---|---|---|
| '837 | "[remote unit comprising] plural antennas for communicating with communicators along plural wireless communications networks" | "two or more antennas for sending and/or receiving wireless signals to/from communications devices over the plural wireless communications networks" |
| '837 | "wherein a low frequency control signal is multiplexed by said communications interface onto said optical fiber" | "a low frequency control signal is a signal used to convey control information and having a lower frequency than the analog communications signals; the |

---

[1] *See* Docket No. 146.

1

Case No. 5:14-cv-03750-PSG
CLAIM CONSTRUCTION ORDER

| | | | |
|---|---|---|---|
| | | | communications interface includes the device(s) and/or circuitry that multiplex(es) the low frequency control signal with another signal to be transmitted on the optical fiber" |
| | '837 | "wherein a low frequency data signal is multiplexed by said communications interface to a microprocessor" | "a low frequency data signal is a signal used to convey data and having a lower frequency than the analog communications signals; the communications interface includes the device(s) and/or circuitry that multiplex(es) the low frequency data signal with another signal to be transmitted to a microprocessor" |
| | '837 | "fiberoptic transmitter receiving said [single/combined] radio frequency analog output and providing a corresponding optical output" | Plain and ordinary meaning |
| | '837 | "fiberoptic receiver receiving an optical input and providing an RF analog output" | Plain and ordinary meaning |
| | '837 | "soft limiter for substantially preventing distortion due to an inadvertent increase in communication power" | "device(s) and/or circuitry for reducing a signal's power without substantially distorting the information conveyed by the signal" |
| | '837 | "wherein a single duplex cable interconnects each of said antennas with said communications interface" | "wherein a single cable that allows transmission in both directions interconnects each of said antennas with said communications interface" |
| | '504 | "multiple input multiple output (MIMO) signals" | "multiple signals that have overlapping frequency spectrums and that are transmitted and/or received by separate antennas with overlapping coverage areas and that carry a different data stream" |
| | '504 | "endpoint [of a DAS network]" | "(1) antenna location [of a DAS network] communicating with end users ("antenna endpoint"), or (2) distribution location [of a DAS network] where signals are received from a radio service(s) source and processed signals are distributed to at least one antenna location ("distribution endpoint")" |
| | '504 | "frequency shifting n-1 of the MIMO signals into signals with n-1 separate frequencies" | "changing the frequency of n-1 of the MIMO signals, each to a different frequency, to create n-1 frequency shifted signals" |
| | '504 | "a single coaxial cable extending for at least part of a path from the first endpoint to a second endpoint of the DAS network" | "a single coaxial cable connected to an antenna endpoint and extending for at least part of a path to a distribution endpoint of the DAS network, for carrying both uplink and downlink signals" |
| | '504 | "at the second endpoint, reconstructing the original MIMO signals" | "at the second endpoint, constructing a replica of the original MIMO signals" |
| | '504 | "providing a plurality n of original | "providing a number (n) of MIMO |

United States District Court
For the Northern District of California

Case 5:14-cv-03750-PSG   Document 198   Filed 04/22/15   Page 3 of 3

| | | |
|---|---|---|
| | MIMO signals" | signals, where n is two or more" |
| '504 | "providing a plurality of MIMO signals belonging to a plurality of services" | "providing two or more MIMO signals from each of two or more services" |

The parties should rest assured that the court arrived at these constructions with a full appreciation of not only the relevant intrinsic and extrinsic evidence, but also the Federal Circuit's teaching in *Phillips v. AWH Corp.*,[2] and its progeny. So that the parties may pursue whatever recourse they believe is necessary, a complete opinion will issue before entry of any judgment.

**SO ORDERED.**

Dated: April 22, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[2] 415 F.3d 1303, 1312-15 (Fed. Cir. 2005).

3
Case No. 5:14-cv-03750-PSG
CLAIM CONSTRUCTION ORDER