UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORNING OPTICAL COMMUNICATIONS WIRELESS LTD.,<br><br>      Plaintiff,<br><br>v.<br><br>SOLID, INC. et al.,<br><br>      Defendants. | Case No. 5:14-cv-03750-PSG<br><br>**ORDER RE: DISCOVERY DISPUTE**<br><br>**(Re: Docket Nos. 208, 209)** |

  Defendants SOLiD, Inc. and Reach Holdings LLC seek a protective order appointing a discovery referee at Plaintiff Corning Optical Communications Wireless Ltd.'s expense to oversee all remaining depositions of Defendants' witnesses. Defendants base this request on Corning's counsel's conduct in several depositions. Corning, in turn, justifies counsel's conduct on the grounds that Defendants' witnesses were ill-prepared and were unwilling or unable to answer his questions.

  To avoid further issues in the future, Corning shall take its depositions of SOLiD's CFO Byeong Jin Kim and CEO Seung Hee Lee in the court's jury room. The undersigned will make himself available to resolve any disputes. The parties shall make all necessary arrangements by contacting the undersigned's courtroom deputy, Oscar Rivera.

1

**SO ORDERED.**

Dated: May 13, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge