S. Christian Platt (State Bar No. 199318)
cplatt@jonesday.com
Tharan Gregory Lanier (State Bar No. 138784)
tglanier@jonesday.com
Jacqueline K. S. Lee (State Bar No. 247705)
jkslee@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Ognian V. Shentov (admitted *pro hac vice*)
ovshentov@jonesday.com
Yeah-Sil Moon (admitted *pro hac vice*)
ymoon@jonesday.com
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Defendants
SOLID, INC. and REACH HOLDINGS LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CORNING OPTICAL COMMUNICATIONS WIRELESS LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SOLID, INC. and REACH HOLDINGS LLC,<br><br>Defendants. | Case No. 5:14-cv-03750-PSG<br><br>**DECLARATION OF S. CHRISTIAN PLATT IN SUPPORT OF DEFENDANTS SOLID, INC. AND REACH HOLDINGS LLC'S PRETRIAL FILINGS**<br><br>Date: September 22, 2015<br>Time: 10:00 a.m.<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

I, S. CHRISTIAN PLATT, declare as follows:

I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Defendants SOLiD, Inc. ("SOLiD") and Reach Holdings LLC ("Reach") (collectively, "Defendants") in the above-captioned matter. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

**EXHIBITS TO DEFENDANTS' PRETRIAL FILINGS**

1. Attached as **Exhibit 1** is a true and correct copy of U.S. Patent No. 5,969,837.

2. Attached as **Exhibit 2** is a true and correct copy of relevant excerpts from the March 23, 2015 deposition of Bryan Kemper.

3. Attached as **Exhibit 3** is a true and correct copy of relevant excerpts from the May 5, 2015 deposition of Ken Sandfeld.

4. Attached as **Exhibit 4** is a true and correct copy of relevant excerpts from the July 1, 2015 deposition of Dr. Anthony Acampora.

5. Attached as **Exhibit 5** is a true and correct copy of relevant excerpts from the June 26, 2015 deposition of Michele Riley.

6. Attached as **Exhibit 6** is a true and correct copy of relevant excerpts from the July 2, 2015 deposition of Brett Reed.

7. Attached as **Exhibit 7** is a true and correct copy of relevant excerpts from the official transcript for the September 1, 2015 hearing in this matter.

8. Attached as **Exhibit 8** is a true and correct copy of Plaintiff's Third Supplemental Objections and Responses to Reach's First Set of Interrogatories, No. 11, dated April 30, 2015.

9. Attached as **Exhibit 9** is a true and correct copy of relevant excerpts from SOLiD's Fourth Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories, No. 7, dated May 4, 2015.

10. Attached as **Exhibit 10** is a true and correct copy of relevant excerpts from Reach's Fourth Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories, No. 7, dated May 4, 2015.

11. Attached as **Exhibit 11** is a true and correct copy of Plaintiff's Verification of Interrogatories, dated August 5, 2015.

12. Attached as **Exhibit 12** is a true and correct copy of relevant excerpts from the Expert Report on Damages by Michele M. Riley, dated May 22, 2015.

13. Attached as **Exhibit 13** is a true and correct copy of relevant excerpts from the Opening Expert Report of David Leon McKay, dated May 22, 2015.

14. Attached as **Exhibit 14** is a true and correct copy of a document produced by Plaintiff in this action at COCW00159439 and marked as Exhibit 124 at the June 5, 2015 deposition of Robert Hutton.

15. Attached as **Exhibit 15** is a true and correct copy of a print-out from website URL http://www.project25.org/, last visited on September 4, 2015.

## UNPUBLISHED CASES

16. Attached as **Exhibit 16** is a true and correct copy of *Abbot Diabetes Care Inc. v. Roche Diagnostics Corp.*, No. C05-03117 MJJ, 2007 WL 1241928 (N.D. Cal. Apr. 27, 2007).

17. Attached as **Exhibit 17** is a true and correct copy of *Arredondo v. Uniroysl Goodrich Tire Co.*, No. 95-17309, 1997 U.S. App. LEXIS 12502 (9th Cir. May 29, 1997).

18. Attached as **Exhibit 18** is a true and correct copy of *Brown v. Carr*, No. C-04-471, 2008 WL 167313 (S.D. Tex. Jan. 16, 2008).

19. Attached as **Exhibit 19** is a true and correct copy of *CSP Techs., Inc. v. Sud-Chemie AG*, No. 4:11–cv–00029–RLY–WGH, 2014 WL 496828 (S.D. Ind. Feb. 6, 2014).

20. Attached as **Exhibit 20** is a true and correct copy of *Dynetix Design Solutions, Inc. v. Synopsys, Inc.*, No. C11–5973 PSG, 2013 WL 4537838 (N.D. Cal. Aug. 22, 2013).

21. Attached as **Exhibit 21** is a true and correct copy of *Edwards v. Mendoza*, No. C–08–371, 2010 WL 4007601 (S.D. Tex. Oct. 12, 2010).

1. 22. Attached as **Exhibit 22** is a true and correct copy of *Finjan, Inc. v. Blue Coat Systems, Inc*, No. 13-cv-039999-BLF (N.D. Cal. July 14, 2015), ECF No. 378.

2. 23. Attached as **Exhibit 23** is a true and correct copy of *Good Tech. Corp. v. MobileIron, Inc.*, No. 5:12-cv-05826-PSG (N.D. Cal. July 5, 2015), ECF No. 436.

3. 24. Attached as **Exhibit 24** is a true and correct copy of *Hardison v. Snapper Power Equipment*, No. 87-1400, 1987 U.S. Dist. LEXIS 1500 (D. Kan. Aug. 28, 1987).

4. 25. Attached as **Exhibit 25** is a true and correct copy of *Heidelberg Harris, Inc. v. Mitsubishi Heavy Indus., Ltd.*, No. 95 C 0673, 1996 U.S. Dist. LEXIS 17362 (N.D. Ill. Nov. 20, 1996).

5. 26. Attached as **Exhibit 26** is a true and correct copy of *In re Bausch & Lomb Contact Lens Solution Prods. Liab. Litig.*, MDL No. 1785; Civil Action No. 772:06-MN-777-DCN, 2009 U.S. Dist. LEXIS 83849 (D.S.C. Aug. 26, 2009).

6. 27. Attached as **Exhibit 27** is a true and correct copy of *Innovention Toys, LLC v. MGA Entertainment, Inc.*, No. 2014–1731, 2015 WL 1917997 (Fed. Cir. Apr. 29, 2015).

7. 28. Attached as **Exhibit 28** is a true and correct copy of *Interplan Architects, Inc. v. C.L. Thomas, Inc.*, No. 4:08-cv-03181, 2010 U.S. Dist. LEXIS 107941 (S.D. Tex. Oct. 8, 2010).

8. 29. Attached as **Exhibit 29** is a true and correct copy of *Kerns v. Sealy*, No. 06-0431-WS-B, 2007 U.S. Dist. LEXIS 48918 (S.D. Ala. July 6, 2007).

9. 30. Attached as **Exhibit 30** is a true and correct copy of *Magnetar Techs. Corp. v. Six Flags Theme Parks Inc.*, No. 07–127–LPS–MPT, 2014 WL 529983 (D. Del. Feb. 7, 2014).

10. 31. Attached as **Exhibit 31** is a true and correct copy of *Milos Misha Suotincic v. 1274274 Ontario Inc.*, No. SACV 10–01946 AG (PJWx), 2013 WL 3964994 (C.D. Cal. Apr. 9, 2013).

11. 32. Attached as **Exhibit 32** is a true and correct copy of *Moore v. Bannon*, No. 10-12801, 2012 U.S. Dist. LEXIS 81740 (E.D. Mich. June 6, 2012).

12. 33. Attached as **Exhibit 33** is a true and correct copy of *Rivera v. Salazar*, No. C-04-552, 2008 U.S. Dist. LEXIS 58065 (S.D. Tex. July 30, 2008).

| | |
|---|---|
| 1 | 34. Attached as **Exhibit 34** is a true and correct copy of *Sharer v. Tandberg, Inc.*, No. |
| 2 | 1:06cv626 (JCC), 2007 WL 983849 (E.D. Va. Mar. 27, 2007). |
| 3 | 35. Attached as **Exhibit 35** is a true and correct copy of *Tech. Licensing Corp. v.* |
| 4 | *Gennum Corp.*, No. 3:01-cv-4204-RS, 2004 U.S. Dist. LEXIS 10604 (N.D. Cal. Mar. 26, 2004). |
| 5 | I declare under penalty of perjury under the laws of the United States and the State of |
| 6 | California that the foregoing is true and correct. |
| 7 | Executed this 8th day of September, 2015 in San Diego, California. |

                                        */s/ S. Christian Platt*
                                        S. Christian Platt