United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORNING OPTICAL COMMUNICATIONS WIRELESS LTD., <br><br> Plaintiff, <br><br> v. <br><br> SOLID, INC., et al., <br><br> Defendants. | Case No. 5:14-cv-03750-PSG <br><br> **OMNIBUS ORDER RE: MOTIONS TO SEAL** <br><br> **(Re: Docket Nos. 231, 237, 238, 246, 252, 253, 258, 262, 275, 279)** |

Before the court are numerous administrative motions to seal.  "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[1]  Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."[2]  Parties seeking to seal judicial records relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[3]

_____

[1] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).

[2] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

[3] *Id.* at 1178-79.

1

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest."[4]  Records attached to nondispositive motions therefore are not subject to the strong presumption of access.[5]  Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[6]  As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[7] that "specific prejudice or harm will result" if the information is disclosed.[8]  "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[9]  A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[10] but a blanket protective order that allows the parties to designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[11]

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5.  Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document

---

[4] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

[5] *See id.* at 1180.

[6] *Id.* at 1179 (internal quotations and citations omitted).

[7] *Id.*

[8] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[9] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[10] *See Kamakana,* 447 F.3d at 1179-80.

[11] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

2

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

**United States District Court**
For the Northern District of California

is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."[12] "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[13]

    With these standards in mind, the courts rules on the instant motions as follows:

| Motion to Seal | Document to be Sealed | Result | Reason/Explanation |
|---|---|---|---|
| 231 | Plaintiff's Motion Regarding Improper Privilege Claims | Designations highlighted in black on pages 5:13-17, 6-11 at Docket No. 231-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 231 | Exhibit A | SEALED | Narrowly tailored to confidential business information. |
| 231 | Exhibit B | SEALED | Narrowly tailored to confidential business information. |
| 231 | Exhibit C | SEALED | Narrowly tailored to confidential business information. |
| 231 | Exhibit D | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 231 | Exhibit E | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |

---

[12] Civ. L.R. 79-5(b).  In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d).

[13] Civ. L.R. 79-5(e)(1).

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| 231 | Exhibit F | Docket No. 231-18 at 125:23-24, 126:25-127:1, 127:7-9, 127:16-18, 127:20-23, 135:5-6, 135:11-12, 135:21-24, 137:2-24, 148:1-6, 148:10-11, 148:14, 148:16-17, 148:21-24, 149:2-3, 149:5-16, 149: 20-25, 150:5-17, 150:19-23, 151:6-8, 151:11-13, 151:15-18, 151:20-25 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
|---|---|---|---|
| 231 | Exhibit G | Docket No. 231-20 at 72:1-23, 73:1-25 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 231 | Exhibit H | Docket No. 231-22 at 32:8-10, 32:13-15, 32:18-25 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 237 | Plaintiff's Rule 30(b)(6) Motion | Designations highlighted in black at Docket No. 237-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 237 | Exhibit K | Docket No. 237-10 at 109:1-25, 110:2-19 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information, according to Defendants' declaration in support filed with the court.[14] |
| 237 | Exhibit L | Docket No. 237-12 at 51:2-52:9, 100:1-4, 100:8-20, 102:7-13, 102:20-103:9, 103:19-22, 103:25, 108:15-109:25 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information, according to Defendants' declaration in support filed with the court.[15] |

---

[14] *See* Docket No. 240 at ¶ 5.

[15] *See* Docket No. 240 at ¶ 5.

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

| 237 | Exhibit M | Docket No. 237-14 at 23:10-20, 24:1-21, 24:25-25:25, 50:1-53:25, 64:1-25, 67:1-25, 74:3-16, 75:3-14 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
|---|---|---|---|
| 237 | Exhibit N | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 238 | Plaintiff's Motion to Compel and Preclude | Designations highlighted in black on pages 7-10 at Docket No. 237-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 238 | Exhibit O | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 238 | Exhibit P | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 238 | Exhibit Q | Docket No. 238-12 at 37:1-41:25, 43:1-45:25, 54:3-25, 57:1-60:25, 67:9-25, 69:1-70:25, 262:2-263:25 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 238 | Exhibit R | Docket No. 238-14 at 22:1-25, 24:1-26:25, 27:12-25, 29:5-25, 38:1-25, 47:6-48:25, 52:9-25, 57:1-58:25, 59:6-25, 64:1-68:23, 69:9-25, 73:3-25 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 238 | Exhibit S | Docket No. 238-16 at 89:7-9, 89:20-90:25 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 238 | Exhibit T | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| 238 | Exhibit U | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
|---|---|---|---|
| 238 | Exhibit V | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 238 | Exhibit W | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 246 | Defendants' Opposition to Plaintiff's Privilege Motion | Designations highlighted in yellow at Docket No. 246-4 SEALED; Docket No. 246-4 at 8:19-28 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 246 | Exhibit 1 | SEALED | Narrowly tailored to confidential business information. |
| 246 | Exhibit 2 | SEALED | Narrowly tailored to confidential business information. |
| 246 | Exhibit 3 | SEALED | Narrowly tailored to confidential business information. |
| 246 | Exhibit 4 | SEALED | Narrowly tailored to confidential business information. |
| 246 | Exhibit 5 | Designations highlighted in yellow at Docket No. 246-16 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 246 | Exhibit 6 | Designations highlighted in yellow at Docket No. 246-18 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 246 | Exhibit 7 | SEALED | Narrowly tailored to confidential business information. |

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| 246 | Exhibit 8 | SEALED | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 246 | Exhibit 9 | Designations highlighted in yellow at Docket No. 246-24 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 246 | Exhibit 10 | SEALED | Narrowly tailored to confidential business information. |
| 246 | Exhibit 11 | SEALED | Narrowly tailored to confidential business information. |
| 246 | Kim Declaration at Docket No. 246-43 | Designations highlighted in yellow at Docket No. 246-43 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Defendants' Opposition to Plaintiff's Rule 30(b)(6) Motion and Motion to Compel | Designations highlighted in yellow at Docket No. 247 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 2 | Designations highlighted in yellow at Docket No. 247-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 4 | Designations highlighted in yellow at Docket No. 247-8 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 5 | Designations highlighted in yellow at Docket No. 247-10 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 7 | Designations highlighted in yellow at Docket No. 247-13 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 8 | SEALED | Narrowly tailored to confidential business information. |

United States District Court
For the Northern District of California

7

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

**United States District Court**
For the Northern District of California

| 247 | Exhibit 9 | SEALED | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 247 | Exhibit 10 | SEALED | Narrowly tailored to confidential business information. |
| 247 | Exhibit 11 | SEALED | Narrowly tailored to confidential business information. |
| 247 | Exhibit 12 | SEALED | Narrowly tailored to confidential business information. |
| 247 | Exhibit 15 | Designations highlighted in yellow at Docket No. 247-31 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 16 | Designations highlighted in yellow at Docket No. 247-33 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 19 | Docket No. 247-38 at ¶¶ 73, 85, 87 and Ex. B SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 247 | Exhibit 20 | SEALED | Narrowly tailored to confidential business information. |
| 252 | Plaintiff's Reply in Support of Plaintiff's Motion Regarding Improper Privilege Claims | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). Defendants' Response refers to declarations not filed with the court.[16] |

[16] *See* Docket No. 257 at 2-4.

8

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

**United States District Court**
For the Northern District of California

| 252 | Exhibit A | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). Defendants' Response refers to declarations not filed with the court.[17] |
|---|---|---|---|
| 252 | Exhibit B | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). Defendants' Response refers to declarations not filed with the court.[18] |
| 252 | Exhibit C | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). Defendants' Response refers to declarations not filed with the court.[19] |
| 253 | Plaintiff's Reply in Support of Plaintiff's Discovery Motions | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). Defendants' Response refers to declarations not filed with the court.[20] |
| 258 | Defendants' Motion for Summary Judgment | Designations highlighted in yellow on pages 7 n.7, 10:4-14, 10:24, 11:2-19, 13:9-10, 13:16-14:19, 15:2, 19:25, 20:5, 21, 26-30, 36:18-20, 38:4-7, 40:1-3 at Docket No. 258-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

---

[17] *See* Docket No. 257 at 2-4.

[18] *See* Docket No. 257 at 2-4.

[19] *See* Docket No. 257 at 2-4.

[20] *See* Docket No. 257 at 4-5.

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| 258 | Sandfeld Declaration at Docket No. 258-10 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
|---|---|---|---|
| 258 | Exhibit 1 to Platt Declaration | Designations highlighted in yellow on pages 8, 100-143 at Docket No. 258-15 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 258 | Exhibit 2 to Platt Declaration | Docket No. 258-17 at 15:2-10, 18:24-19:15, 67:9-187:11 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 258 | Exhibit 3 to Platt Declaration | Designations highlighted in yellow at Docket No. 258-19 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 258 | Exhibit 4 to Platt Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 258 | Exhibit 5 to Platt Declaration | Docket No. 258-23 at 102:21-222:22 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 258 | Exhibit 7 to Platt Declaration | Docket No. 258-26 at 17:24-183:25 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 258 | Exhibit 10 to Platt Declaration | Docket No. 258-30 at 98:20-181:20 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 258 | Exhibit 11 to Platt Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 258 | Exhibit 12 to Platt Declaration | Designations highlighted in yellow at Docket No. 258-34 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

United States District Court
For the Northern District of California

10

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| 258 | Exhibit 13 to Platt Declaration | Designations highlighted in yellow at Docket No. 258-36 SEALED; Docket No. 258-36 at 33:12-19, 40:12-25 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
|---|---|---|---|
| 258 | Exhibit 14 to Platt Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 258 | Exhibit 17 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 18 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 19 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 20 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 21 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 22 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 23 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 24 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 25 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 26 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

| 258 | Exhibit 27 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 258 | Exhibit 28 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 29 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 30 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 31 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 32 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 33 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 34 to Platt Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 258 | Exhibit 35 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 38 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 39 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 40 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 41 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |

12

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| 258 | Exhibit 42 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 258 | Exhibit 44 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 46 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 258 | Exhibit 47 to Platt Declaration | UNSEALED | Not narrowly tailored to confidential business information. |
| 259 | Exhibit 48 to Platt Declaration | Docket No. 259-1 at ¶¶ 2-7 (portions relating to continuing obligations for equipment, payment and taxes) SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 259 | Exhibit 49 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 259 | Exhibit 50 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 259 | Exhibit 51 to Platt Declaration | SEALED | Narrowly tailored to confidential business information. |
| 259 | Exhibit 52 to Platt Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 259 | Exhibit 53 to Platt Declaration | UNSEALED | Not narrowly tailored to confidential business information. |
| 259 | Exhibit 54 to Platt Declaration | UNSEALED | Not narrowly tailored to confidential business information. |
| 259 | Exhibit 58 to Platt Declaration | Only specific dollar amounts SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

13

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| 259 | Exhibit 59 to Platt Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
|---|---|---|---|
| 259 | Exhibit 63 to Platt Declaration | UNSEALED | Not narrowly tailored to confidential business information. |
| 259 | Exhibit 67 to Platt Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 259 | Exhibit 68 to Platt Declaration | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 259 | Exhibit 69 to Platt Declaration | Designations highlighted in yellow on pages 92, 94, 95 and Tab 8 at Docket No. 259-33 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential information as designated by Defendants; for the remainder, no declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 259 | Exhibit 70 to Platt Declaration | Docket No. 259-35 at ¶¶ 67, 74 and associated footnotes SEALED; specific dollar amounts and percentages in Docket No. 259-35 at ¶¶ 14-16, 56, 80, 84-85, 87-88, 90-91 and Exs. A-K SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential information. |
| 275 | Corning's Opposition to Defendants' Motion for Summary Judgment | Docket No. 275-3 at 27:17, 27:22-28:3, 28:5-8, 28:11, 28:15, 28:17-22, 28:24-29:1, 29:14, 29:18-19, 29:27-28, 32:21-22 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential information. |

14

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| 275 | Exhibit B | Docket No. 275-8 at 47:12-16, 52:1-2, 55:1-57:2, 172:15-18, 173:21-24, 174:7-24, 175:3-20, 176:3-178:13, 178:17-21, 182:12-183:25, 222:6-18, 223:4-15, 223:19-25 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential information. |
|---|---|---|---|
| 275 | Exhibit D | Docket No. 275-11 at 8:5-8, 25:25-29:9, 29:21-37:21, 38:9-39:16, 39:21-25, 40:4-20, 40:22-41:2, 41:14-16, 42:4-8, 42:12-15, 42:24-43:1, 43:4-44:10, 46:6-22, 46:24-47:3, 48:5-17, 49:7-11, 49:21-23, 50:2-51:3, 51:12-24, 52:12-15 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential information. |
| 275 | Exhibit E | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 275 | Exhibit F | SEALED | Narrowly tailored to confidential business information. |
| 275 | Exhibit G | SEALED | Narrowly tailored to confidential business information. |
| 275 | Exhibit H | SEALED | Narrowly tailored to confidential business information. |
| 275 | Exhibit I | SEALED | Narrowly tailored to confidential business information. |
| 275 | Exhibit J | SEALED | Narrowly tailored to confidential business information. |
| 275 | Exhibit K | SEALED | Narrowly tailored to confidential business information. |
| 275 | Exhibit L | SEALED | Narrowly tailored to confidential business information. |

15

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| 275 | Exhibit M | Docket No. 275-32 at 7:16-40:23 SEALED; Docket No. 275-33 at 41:1-72:17 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential information. |
|-----|-----------|-----------------------------------------------------------------------------------------------------------------|----------------------------------------------------------------------|
| 275 | Exhibit N | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 275 | Exhibit P | Docket No. 275-38 at 16:4-7, 16:12-17 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential information. |
| 275 | Exhibit Q | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 275 | Exhibit R | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 275 | Exhibit S | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 275 | Exhibit T | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 275 | Exhibit U | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 275 | Exhibit V | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 275 | Exhibit W | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |

**United States District Court**
For the Northern District of California

16

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

United States District Court
For the Northern District of California

| 275 | Exhibit X | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
|---|---|---|---|
| 275 | Exhibit Y | Docket No. 275-61 at ¶¶ 34-35, 67, 74 and associated footnotes SEALED; specific dollar amounts and percentages in Docket No. 275-61 at ¶¶ 14-16, 16, 56, 80, 84-85, 87-88, 90-91 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential information. |
| 279 | Defendants' Reply in Support of Motion for Summary Judgment | Designations highlighted in yellow on pages 2:16 (second designation), 3, 11, 13, 14:3-4 at Docket No. 258-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential information. |

**SO ORDERED.**

Dated: September 16, 2015

_Paul S. Grewal_

PAUL S. GREWAL
United States Magistrate Judge

Case Nos. 5:14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL