1  S. Christian Platt (State Bar No. 199318)
   cplatt@jonesday.com
2  Tharan Gregory Lanier (State Bar No. 138784)
   tglanier@jonesday.com
3  Jacqueline K. S. Lee (State Bar No. 247705)
   jkslee@jonesday.com
4  JONES DAY
   1755 Embarcadero Road
5  Palo Alto, CA 94303
   Telephone:  (650) 739-3939
6  Facsimile:   (650) 739-3900

7  Ognian V. Shentov (admitted *pro hac vice*)
   ovshentov@jonesday.com
8  Yeah-Sil Moon (admitted *pro hac vice*)
   ymoon@jonesday.com
9  JONES DAY
   222 East 41st Street
10 New York, NY  10017
   Telephone:  (212) 326-3939
11 Facsimile:   (212) 755-7306

12 Attorneys for Defendants
   SOLID, INC. and REACH HOLDINGS LLC
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                              **SAN JOSE DIVISION**

17

| | |
|---|---|
| 18  CORNING OPTICAL COMMUNICATIONS WIRELESS LTD., | Case No. 5:14-cv-03750-PSG |
| 19             Plaintiff, | **[PROPOSED] ORDER ALLOWING DEFENDANTS TO BRING COMPUTER EQUIPMENT AND MATERIALS TO CONFERENCE ROOM FOR TRIAL** |
| 20         v. | |
| 21  SOLID, INC. and REACH HOLDINGS LLC, | |
| 22             Defendants. | |

23
24
25
26
27
28

NAI-1500553666v1

[PROPOSED] ORDER RE EQUIPMENT
AND MATERIALS
5:14-cv-03750-PSG

1  On October 2, 2015, Defendants SOLiD, Inc. ("SOLiD") and Reach Holdings LLC
2  ("Reach," and together with SOLiD, "Defendants") are scheduled to bring into the courthouse
3  certain trial materials, including bottled water, library carts with books and binders, and computer
4  equipment, including computers, monitors, printers, external hard drives, other cables and
5  accessories, and office supplies to use in Conference Room 4090A, 4th Floor of 280 South 1st
6  Street of the United States Courthouse.  The purpose of the equipment and materials are for use
7  by Defendants for the duration of the trial scheduled to commence on October 7, 2015.

9  IT IS SO ORDERED.

11  Dated: September 25, 2015

Hon. Paul Singh Grewal
United States Magistrate Judge