1  S. Christian Platt (State Bar No. 199318)
   cplatt@jonesday.com
2  Tharan Gregory Lanier (State Bar No. 138784)
   tglanier@jonesday.com
3  Jacqueline K. S. Lee (State Bar No. 247705)
   jkslee@jonesday.com
4  JONES DAY
   1755 Embarcadero Road
5  Palo Alto, CA 94303
   Telephone:  (650) 739-3939
6  Facsimile:   (650) 739-3900

7  Ognian V. Shentov (admitted *pro hac vice*)
   ovshentov@jonesday.com
8  Yeah-Sil Moon (admitted *pro hac vice*)
   ymoon@jonesday.com
9  JONES DAY
   222 East 41st Street
10 New York, NY  10017
   Telephone:  (212) 326-3939
11 Facsimile:   (212) 755-7306

12 Attorneys for Defendants
   SOLID, INC. and REACH HOLDINGS LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CORNING OPTICAL COMMUNICATIONS WIRELESS LTD., <br><br> Plaintiff, <br><br> v. <br><br> SOLID, INC. and REACH HOLDINGS LLC, <br><br> Defendants. | Case No. 5:14-cv-03750-PSG <br><br> **DECLARATION OF S. CHRISTIAN PLATT IN SUPPORT OF MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO EXCLUDE EXPERT TESTIMONY OF MICHELE RILEY (ECF NO. 376)** <br><br> Date:       N/A <br> Time:       N/A <br> Courtroom: 5, 4th Floor <br> Judge:      Hon. Paul S. Grewal |

1   I, S. CHRISTIAN PLATT, declare as follows:

2   I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Defendants SOLiD, Inc. ("SOLiD") and Reach Holdings LLC ("Reach") (collectively, "Defendants") in the above-captioned matter. I am a member in good standing of the state bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

   1.   Attached as **Exhibit 1** is a true and correct copy of Plaintiff Corning Wireless' First Set of Interrogatories to Defendant Reach Holdings, LLC, d/b/a SOLiD Technologies, dated July 22, 2014.

   2.   Attached as **Exhibit 2** is a true and correct copy of relevant excerpts from Reach's Fifth Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (No. 3), dated May 14, 2015.

   Executed this 28th day of September, 2015 in Palo Alto, California.


   */s/ S. Christian Platt*
   S. Christian Platt

NAI-1500556852v1                    - 1 -                    DECLARATION OF S. CHRISTIAN PLATT
                                                             5:14-cv-03750-PSG