1   RACHEL KREVANS (CA SBN 116421)          BARNES & THORNBURG LLP
    rkrevans@mofo.com                       Paul B. Hunt (appearance pro hac vice)
2   NATHAN B. SABRI (CA SBN 252216)         paul.hunt@btlaw.com
    nsabri@mofo.com                         Joshua P. Larsen (appearance pro hac vice)
3   MORRISON & FOERSTER LLP                 joshua.larsen@btlaw.com
    425 Market Street                       11 S. Meridian Street
4   San Francisco, California 94105-2482    Indianapolis, IN 46204
    Telephone: (415) 268-7000               Telephone: (317) 236-1313
5   Facsimile: (415) 268-7522               Facsimile: (317) 231-7433

6                                           BARNES & THORNBURG LLP
                                            Chad S.C. Stover (appearance pro hac vice)
7   Attorneys for Plaintiff CORNING OPTICAL chad.stover@btlaw.com
    COMMUNICATIONS WIRELESS LTD.            1000 N. West Street, Suite 1500
8                                           Wilmington, Delaware 19801
                                            Telephone: (302) 300-3474
9                                           Facsimile: (302) 300-3456

10                        **UNITED STATES DISTRICT COURT**

11                       **NORTHERN DISTRICT OF CALIFORNIA**

12                              **SAN JOSE DIVISION**

13

14   CORNING OPTICAL COMMUNICATIONS         No. CV14-03750 PSG
     WIRELESS LTD.,
15                                          **[PROPOSED] ORDER ALLOWING
                    Plaintiff,              PLAINTIFF TO BRING COMPUTER
16                                          EQUIPMENT AND MATERIALS TO
             v.                             BREAK-OUT ROOMS FOR TRIAL**
17
     SOLID, INC., et al.,
18
                    Defendants.
19

20          On October 6th through 16th, 2015, Plaintiff, Corning Optical Communications Wireless

21   Ltd., ("Plaintiff") is scheduled to bring into the courthouse certain trial materials, including

22   bottled water, library carts with books and binders, and computer equipment, including computers,

23   monitors, printers, external hard drives, other cables and accessories, and office supplies to use in

24   the break-out rooms adjacent to Judge Grewal's courtroom, 4th floor of 280 South 1st Street of the

25   U.S. Courthouse. The purpose of the equipment and materials are for use by Plaintiff for the

26   duration of the trial scheduled to commence on October 7, 2015.

27

28
                                            - 1 -        [PROPOSED] ORDER ALLOWING PLAINTIFF TO
                                                        BRING COMPUTER EQUIPMENT AND MATERIALS
                                                        TO CONFERENCE ROOM FOR TRIAL
                                                        5:14-cv-03750-PSG

1    IT IS SO ORDERED.

2

3    DATED: October 5, 2015                    By: _Paul S. Grewal_
                                                  Hon. Paul S. Grewal
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ALLOWING PLAINTIFF TO
BRING COMPUTER EQUIPMENT AND MATERIALS
TO CONFERENCE ROOM FOR TRIAL
5:14-cv-03750-PSG