RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BARNES & THORNBURG LLP
Paul B. Hunt (appearance pro hac vice)
paul.hunt@btlaw.com
Joshua P. Larsen (appearance pro hac vice)
joshua.larsen@btlaw.com
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

Attorneys for Plaintiff CORNING OPTICAL COMMUNICATIONS WIRELESS LTD.

BARNES & THORNBURG LLP
Chad S.C. Stover (appearance pro hac vice)
chad.stover@btlaw.com
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 300-3474
Facsimile: (302) 300-3456

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CORNING OPTICAL COMMUNICATIONS WIRELESS LTD., <br><br>Plaintiff, <br><br>v. <br><br>SOLID, INC., et al., <br><br>Defendants. | No. CV14-03750 PSG <br><br>[PROPOSED] ORDER ALLOWING PARTIES TO BRING COMPUTER EQUIPMENT AND MATERIALS TO COURTROOM FOR TRIAL |

On October 6, 2015, the parties, or their retained vendor, Aquipt, are scheduled to bring into the courthouse certain trial materials, including a Projector, Elmo, Projector stands, Switches, LCD Monitors, Speakers, Caps, and associated cables. The purpose of the equipment and materials are for use by the parties for the duration of the trial scheduled to commence on October 7, 2015 before Judge Grewal on the 4th floor of the courthouse.

IT IS SO ORDERED.

DATED: October 5, 2015           By: /s/ Paul S. Grewal
                                     Hon. Paul S. Grewal