UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNING OPTICAL COMMUNICATIONS WIRELESS LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SOLID, INC., et al.,<br><br>Defendants. | Case No. 14-cv-03750-PSG<br><br>**OMNIBUS ORDER RE: MOTIONS TO SEAL**<br><br>(Re: Docket Nos. 426, 440, 444, 447) |

Before the court are four administrative motions to seal.[1] "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[2] Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."[3] Parties seeking to seal judicial records relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[4]

However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm

---

[1] *See* Docket Nos. 426, 440, 444, 447.

[2] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).

[3] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

[4] *Id.* at 1178-79.

1
Case No. 14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

their competitive interest."[5]  Records attached to nondispositive motions therefore are not subject to the strong presumption of access.[6]  Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[7]  As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[8] that "specific prejudice or harm will result" if the information is disclosed.[9]  "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[10]  A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[11] but a blanket protective order that allows the parties to designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[12]

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5.  Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection

---

[5] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

[6] *See id.* at 1180.

[7] *Id.* at 1179 (internal quotations and citations omitted).

[8] *Id.*

[9] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[10] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[11] *See Kamakana,* 447 F.3d at 1179-80.

[12] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."[13] "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[14]

With these standards in mind, the court rules on the instant motions as follows:

| Motion to Seal | Document to be Sealed | Result | Reason/Explanation |
|---|---|---|---|
| 426 | Defendants' Motion for Attorney's Fees | Designations highlighted in yellow on pages v, 17-19 at Docket No. 426-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. The designating party has indicated that some designations may be filed publicly.[15] |
| 426 | Declaration of Christian Platt in Support of Defendants' Motion for Attorney's Fees | Designations highlighted in yellow at Docket No. 426-8 SEALED; all other designations UNSEALED. | Designated portions narrowly tailored to confidential business information. |
| 426 | Exhibit 9 to the Platt Declaration (TX 52) | UNSEALED | The designating party has indicated that the document may be filed publicly.[16] |

---

[13] Civ. L.R. 79-5(b). In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d).

[14] Civ. L.R. 79-5(e)(1).

[15] *See* Docket No. 432 at 2 n.1.

[16] *See id.*

Case No. 14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

3

| | | | |
|---|---|---|---|
| 426 | Exhibit 10 to the Platt Declaration (TX 53) | UNSEALED | The designating party has indicated that the document may be filed publicly.[17] |
| 426 | Exhibit 11 to the Platt Declaration (TX 54) | UNSEALED | The designating party has indicated that the document may be filed publicly.[18] |
| 426 | Exhibit 12 to the Platt Declaration (TX 58) | Designations highlighted in black at Docket No. 453-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 426 | Exhibit 13 to the Platt Declaration (TX 74) | Designations highlighted in black at Docket No. 453-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 426 | Exhibit 14 to the Platt Declaration (TX 78) | UNSEALED | The designating party has indicated that the document may be filed publicly.[19] |
| 426 | Exhibit 15 to the Platt Declaration (TX 88) | Docket No. 426-30 at TX0088-003, TX0088-005 to -014, TX0088-016 to -018, TX0088-022 to -024 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 426 | Exhibit 16 to the Platt Declaration (excerpt of TX 97) | UNSEALED | The designating party has indicated that the document may be filed publicly.[20] |

---

[17] *See id.*

[18] *See id.*

[19] *See id.*

[20] *See id.*

Case No. 14-cv-03750-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

4

| | | | |
|---|---|---|---|
| 426 | Exhibit 17 to the Platt Declaration (TX 111) | UNSEALED | The designating party has indicated that the document may be filed publicly.[21] |
| 426 | Exhibit 18 to the Platt Declaration (TX 112) | UNSEALED | The designating party has indicated that the document may be filed publicly.[22] |
| 426 | Exhibit 19 to the Platt Declaration (TX 113) | UNSEALED | The designating party has indicated that the document may be filed publicly.[23] |
| 426 | Exhibit 20 to the Platt Declaration (TX 116) | UNSEALED | The designating party has indicated that the document may be filed publicly.[24] |
| 426 | Exhibit 22 to the Platt Declaration (TX 2167) | UNSEALED | The designating party has indicated that the document may be filed publicly.[25] |
| 426 | Exhibit 23 to the Platt Declaration (TX 2169) | UNSEALED | The designating party has indicated that the document may be filed publicly.[26] |

---

[21] *See id.*

[22] *See id.*

[23] *See id.*

[24] *See id.*

[25] *See id.*

[26] *See id.*

| | | | |
|---|---|---|---|
| 426 | Exhibit 24 to the Platt Declaration (TX 2286) | UNSEALED | Not narrowly tailored to confidential business information. |
| 426 | Exhibit 28 to the Platt Declaration (O'Day Tr.) | UNSEALED | The designating party has indicated that the document may be filed publicly.[27] |
| 426 | Exhibit 29 to the Platt Declaration (Shapira Tr.) | UNSEALED | The designating party has indicated that the document may be filed publicly.[28] |
| 426 | Exhibit 42 to the Platt Declaration (AIPLA Report) | Contents of table on page I-108 at Docket No. 426-69 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to information not publicly available. |
| 440 | Trial Exhibit 155-16 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 440 | Trial Exhibit 155-62 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 440 | Trial Exhibit 203 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 440 | Trial Exhibit 206 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |

---

[27] *See id.*

[28] *See id.*

| | | | |
|---|---|---|---|
| 440 | Trial Exhibit 253 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 440 | Trial Exhibit 263 | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 440 | Trial Exhibit 293 | SEALED except for pages 1, 5, 7, 18, 19, 27 and 37. | Only sealed portions narrowly tailored to confidential business information and not previously disclosed at trial. |
| 440 | Trial Exhibit 294 | SEALED except for pages 1, 7 and 13. | Only sealed portions narrowly tailored to confidential business information and not previously disclosed at trial. |
| 440 | Trial Exhibit 361 | SEALED except for pages 1, 2, 4, 5, 10, 15 and 19. | Only sealed portions narrowly tailored to confidential business information and not previously disclosed at trial. |
| 440 | Trial Exhibit 362 | SEALED except for page 1. | Only sealed portions narrowly tailored to confidential business information and not previously disclosed at trial. |
| 440 | Trial Exhibit 363 | SEALED except for pages 1, 2, 3, 9, 10 and 11. | Only sealed portions narrowly tailored to confidential business information and not previously disclosed at trial. |

| | | | |
|---|---|---|---|
| 440 | Trial Exhibit 364 | SEALED except for page 1. | Only sealed portions narrowly tailored to confidential business information and not previously disclosed at trial. |
| 440 | Trial Exhibit 366 | SEALED except for page 1. | Only sealed portions narrowly tailored to confidential business information and not previously disclosed at trial. |
| 440 | Trial Exhibit 367 | SEALED except for page 1. | Only sealed portions narrowly tailored to confidential business information and not previously disclosed at trial. |
| 440 | Trial Exhibit 1019 | SEALED | Narrowly tailored to confidential business information. |
| 440 | Trial Exhibit 1036 | SEALED except for rows 1 and 2162. | Only sealed portions narrowly tailored to confidential business information and not previously disclosed at trial. |
| 440 | Trial Exhibit 1053 | SEALED except for pages 1, 13, 135, 201, 211, 214, 218, 248, 267, 272, 452, 468, 471, 490 and 532. | Only sealed portions narrowly tailored to confidential business information and not previously disclosed at trial. |
| 444 | Plaintiff's Opposition to Motion for Attorney's Fees | Designations highlighted in black at Docket No. 444-3 SEALED; all other designations UNSEALED. | Designated portions narrowly tailored to confidential business information. |

| 447 | Exhibit 10 to the Platt Declaration (excerpts from TX 54) | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
|---|---|---|---|
| 447 | Exhibit 11 to the Platt Declaration (TX 58) | Designations highlighted in black at Docket No. 453-3 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 447 | Exhibit 12 to the Platt Declaration (TX 74) | Designations highlighted in black at Docket No. 453-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 447 | Exhibit 14 to the Platt Declaration (TX 2167) | UNSEALED | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |

**SO ORDERED.**

Dated: January 5, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge